## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MICHAEL WIDMER, | ) |
| | ) |
|       Plaintiff, | ) |
| | ) |
| | ) |
|       vs. | )    CASE NO.    13-24-SCW |
| | ) |
| SAMUEL RAY SHEHORN, | ) |
| | ) |
|       Defendant(s). | ) |
| | ) |

## JUDGMENT IN A CIVIL CASE

Defendant SAMUEL RAY SHEHORN was granted summary judgment on April 20, 2015 by an Order entered by U.S. Magistrate Judge Stephen C. Williams (Doc. 57).

**THEREFORE,** judgment is entered in favor of Defendant **SAMUEL RAY SHEHORN** and against Plaintiff **MICHAEL WIDMER.**

Plaintiff shall take nothing from this action.

**DATED** this 21st day of April 2015

JUSTINE FLANAGAN, ACTING CLERK

BY: s/ Angela Vehlewald
      Deputy Clerk

Approved by    s/ Stephen C. Williams
      United States Magistrate Judge
      Stephen C. Williams